From: MAMOUDOU CONDE
26 SummerView Ct Unit A
Madison, WI 53704                    November 1st /2005
Tel: 608-239-2949
Tel: 718-981-9168

FILED
JAMES BONINI
CLERK

05 NOV -3 PM 11:46

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

To: The clerk of Court
100 E 5th street Room # 103
Cincinnatti, Ohio 45202

This letter is to certified that I'm Mr. Conde
Mamoudou, requesting the refund of the
bond money for the total amound of
$3,000⁰⁰ for the following cases:
— Case # 99-MG-299 - for "Mamadou Balde"
— Case # 99-MG-301- for "Lancine Conde"
— Case # 99-MG-303 - for "Dala Kante"

Please send the check to my attention at:
26 SummerView Ct Unit A
Madison, WI 53704
And for any additional information, Please
contact me at: 608-239-2949 or 718-981-9168
       Sincerely Yours!

Mamoudou Conde